**Electronically Filed
Supreme Court
SCWC-22-0000464
10-SEP-2024
10:41 AM
Dkt. 15 OGAC**

SCWC-22-0000464

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

ERIK WILLIS,
Respondent/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000464; CR. NO. 1CPC-20-000087)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellee State of Hawai'i's Application for Writ of Certiorari, filed on July 26, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 10, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

